# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PAUL ERIC SANCHEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:21-cv-687-ALM-KPJ |
| | § |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | § |
| | § |
| Defendants. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #64), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. In the Report, the Magistrate Judge ordered that the Motions (Dkt. #59, 60) be granted to the extent they request the Court screen Plaintiff Paul Eric Sanchez's claims under 28 U.S.C. § 1915 and denied as moot to any other requested relief. The Magistrate Judge further recommended that Plaintiff's lawsuit be dismissed with prejudice pursuant to its screening under 28 U.S.C. § 1915. Plaintiff filed the Objection (Dkt. #65) to the Report.

The Court has conducted a *de novo* review of the Objection and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objection is without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objection (Dkt. #65) is **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 10th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE